**FILED**

April 18, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                       )        Case No. Cr S-07-0121 DAD
              Plaintiff,               )
                                       )        ORDER FOR RELEASE OF
v.                                     )        PERSON IN CUSTODY
                                       )
CURTIS PARRY,                          )
                                       )
              Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Curtis Parry , Case No. Mag 07-0121 DAD,

Charge Title 26 USC §§ 7201; 7206; 31 USC § 5321, from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        _____   Release on Personal Recognizance

        ☒       Bail Posted in the Sum of $ _10,000__

                ☒   Unsecured Appearance Bond

                ___ Appearance Bond with 10% Deposit

                ___ Appearance Bond with Surety

                ___ Corporate Surety Bail Bond

                ☒   (Other)   _Surrender passport to Clerk in N.D.Cal_

                _& obtain no new passport or other travel document_
                _during pendency of this case_

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _April 18, 2007_ at _3:05_ pm .

                                        By   _Dale A. Drozd_

                                             Dale A. Drozd
                                             United States Magistrate Judge

Original - U.S. Marshal